IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN J. WALL
    Petitioner,

vs.                                                   3:09cv489/RV/MD

RICHARD JOHN ICHIHARA,
    Respondents.

## O R D E R

On January 5, 2010, this court entered an order directing the clerk to enter judgment as set forth in the accepted offer (doc. 6). This court does not have authority to enter an order directing the entry of judgment pursuant to Federal Rule of Civil Procedure 68. 28 U.S.C. § 636. Therefore, the order was improvidently entered. Additionally, the judgment that was entered did not track the language of the accepted offer. Although it included only the first provision of the accepted offer relating to money damages, neither party objected.

Accordingly, it is ORDERED:

The order entered on January 5, 2010 is hereby VACATED, and the clerk shall vacate the entry of judgment.

A report and recommendation will be forthcoming.

DONE AND ORDERED this 25th day of March, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**