IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN J. WALL,
    Plaintiff,

vs.                            CASE NO.: 3:09cv489/RV/MD

RICHARD JOHN ICHIHARA,
    Defendant.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 25, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The clerk is directed to enter judgment in accordance with the terms set forth in the accepted offer (doc. 6) pursuant to Rule 68(a) of the Federal Rules of Civil Procedure.

DONE AND ORDERED this 10th day of May, 2010.

                                    /s/ _Roger Vinson_
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE